UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEON VILLARREAL, an individual,

    *Plaintiff*,

v.

ANNA MCCULLY, individually and on Behalf of the marital community of John/Jane Does MCCULLY and ANNA MCCULLY; and RYAN WOODRUM, Individually and on behalf of the marital Community of JOHN/JANE DOE WOODRUM and RYAN WOODRUM,

    *Defendants*.

CASE NO. 2:19-cv-00664-BJR

ORDER GRANTING JOINT STIPULATED MOTION FOR NEW TRIAL DATE AND CONTINUANCE OF TRIAL-RELATED DEADLINES

The Court is in receipt of the parties' Joint Stipulated Motion for New Trial Date and Continuance of Trial-Related Deadlines. Dkt. No. 37. The Court hereby GRANTS the motion and reschedules the deadlines as provided below.

| | |
|---|---|
| Motions in Limine | December 21, 2020 |
| Joint Pretrial Statement | December 28, 2020 |
| Pretrial Conference | January 11, 2021 at 11:00 AM in Courtroom 16106 before Judge Barbara J. Rothstein |

| | |
|---|---|
| Trial | January 25, 2021 at 09:00 AM in Courtroom 16106 before Judge Barbara J. Rothstein |

SO ORDERED.

DATED this 27th day of May, 2020.

*Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

2